UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankr. No. 11-27144-GLT |
| | } | |
| CARL N. WALDEN, JR. and | } | Chapter 7 |
| GLORIA J. WALDEN, | } | |
| Debtor | } | Related to Document No. 32 |
| | } | |
| ROBERT SHEARER, Chapter 7 Trustee, | } | Hearing: 7/16/15@10:00 a.m. |
| Movant | } | |
| | } | |
| v. | } | |
| | } | |
| NO RESPONDENT | } | |

**AMENDED NOTICE OF HEARING AND
RESPONSE DEADLINE REGARDING MOTION OF CHAPTER 7 TRUSTEE TO SELL
STRUCTURED SETTLEMENT PAYMENT FREE AND CLEAR OF LIENS
PURSUANT TO 11 U.S.C. § 363(b)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than June 29, 2015 (*i.e.*, at least seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on July 16, 2015, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: June 12, 2015          */s/Robert Shearer*
                                        Robert Shearer, Trustee
                                        PA Bar #83745
                                        5703 Brewster Lane
                                        Erie, PA  16505
                                        (814) 520-5106
                                        information@robertshearer.com