UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankr. No. 11-27144-GLT |
| } | | |
| CARL N. WALDEN, JR. and } | | Chapter 7 |
| GLORIA J. WALDEN, } | | |
| Debtors } | | Related to Document No. 32 |
| } | | |
| ROBERT SHEARER, Chapter 7 Trustee, } | | Hearing: 7/16/15@10:00 a.m. |
| Movant } | | |
| v. } | | |
| } | | |
| UNITED STATES OF AMERICA, } | | |
| INTERNAL REVENUE SERVICE; and } | | |
| COMMONWEALTH OF } | | |
| PENNSYLVANIA, DEPARTMENT OF } | | |
| REVENUE, } | | |
| Respondents } | | |

CERTIFICATE OF SERVICE

1. I am, and at all times hereinafter mentioned, was more than 18 years of age.

2. On June 12, 2015, I served copies of the Motion to Sell Structured Settlement Payment Free and Clear of Liens Pursuant to 11 U.S.C. § 363(b) (Document No. 32), Amended Notice of Hearing with Response Deadline (Document No. 34) , and Dated Notice of Sale (Document No. 35) on the parties listed on the attached Exhibit "A" by U.S. Mail, first class, postage prepaid.

3. On June 12, 2015, I served copies of the Dated Notice of Sale (Document No. 35) to all parties on the attached Exhibit "B" (Clerk's Mailing Matrix) by U.S. Mail, first class, postage prepaid.

5.  I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2015             */s/Robert Shearer*
                                      Robert Shearer
                                      Chapter 7 Trustee
                                      PA Bar #83745
                                      5703 Brewster Lane
                                      Erie, PA  16505
                                      (814) 520-5106
                                      information@robertshearer.com