EXHIBIT A

List of Parties Served with Motion to Sell Structured Settlement Payment Free and Clear of Liens Pursuant to 11 U.S.C. § 363(b), Amended Notice of Hearing with Response Deadline, and Dated Notice of Sale

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

US Attorney's Office
Western District of Pennsylvania
633 US Post Office & Courthouse
Grant Street
Pittsburgh, PA 15219

Attorney General of the US
Civil Division, Bankruptcy Section
US Department of Justice
Washington, DC 20530

Edward J. Laubach, Esquire
Internal Revenue Service
Office of Chief Counsel
1000 Liberty Avenue, Room 705
Pittsburgh, PA 15222

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
HARRISBURG, PA 17128

Robert C. Edmundson, Esquire
Office of the Attorney General
564 Forbes Avenue
Manor Complex, 5th Floor
Pittsburgh, PA 15219

Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
225 North Shore Drive, 2nd Floor
Pittsburgh, PA  15212

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL  33131

S. James Wallace, Esquire
Griffith, McCague & Wallace, P.C.
408 Cedar Avenue
Pittsburgh, PA  15212

Peter J. Ashcroft, Esquire
Berstein-Burkley, P.C.
Gulf Tower, Suite 2200
Pittsburgh, PA  15219

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Lauren M. Lamb, Esquire
Steidl & Steinberg
Gulf Tower, Suite 2830
707 Grant Street
Pittsburgh, PA  15219

Carl N. Walden, Jr.
Gloria J. Walden
2615 A Street
McKeesport, PA  15133

Singer Asset Finance Company, LLC
2255 Glades Road, Suite 118E
Boca Raton, FL  33431