| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 11-27144-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jun 12 13:38:23 EDT 2015 | Advanta Bank Corp<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Advanta Business Card<br>P.O. Box 31032<br>Tampa, FL 33631-3032 |
| Allegheny General Hospital<br>320 East North Street<br>Pittsburgh, PA 15212-4772 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CAPITAL ONE NA<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas TX 75374-0933 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank (USA), N.A. by American Inf<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase<br>PO Box 78035<br>Phoenix, AZ 85062-8035 | (p)COLLECTION SERVICE CENTER INC BUTLER PA<br>PO BOX 1623<br>BUTLER PA 16003-1623 |
| Collection Service Center, Inc.<br>839 5th Avenue, PO Box 560<br>New Kensington, PA 15068-0560 | Discover<br>P.O. box 6103<br>Carol Stream, IL 60197-6103 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Equitable Gas Bankruptcy Department<br>Attn:  Judy Gawlowski<br>225 North Shore Drive 2nd Floor<br>Pittsburgh, PA 15212-5860 | Fifth Thrid Bank<br>PO Box 740778<br>Cincinnati, OH 45274-0778 | Forbes Regional Medical Center<br>PO Box 400546<br>Pittsburgh, PA 15268-0546 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 |
| Lowe's<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | Macy's<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040-8053 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 |
| National City Bus Line Credit<br>C/O First Niagara Business Line of Credi<br>P.O. Box 28<br>Buffalo, NY 14240-0028 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 |
| PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285-6177 | PNC Bank Business Line Credit<br>P.O. Box 747032<br>Pittsburgh, PA 15274-7032 | PYOD, LLC its successors and assigns as assi<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505-1109 | Robert Shearer<br>Robert Shearer, P.C.<br>5703 Brewster Lane<br>Erie, PA 16505-1109 | Silver Lakes Resort<br>7751 Black Lake Road<br>Kissimmee, FL 34747-1760 |
| Carl N. Walden Jr.<br>2615 A Street<br>McKeesport, PA 15133-2503 | Gloria J. Walden<br>2615 A Street<br>McKeesport, PA 15133-2503 | S. James Wallace<br>Griffith, McCague & Wallace, P.C.<br>408 Cedar Avenue<br>Pittsburgh, PA 15212-5507 |
| Wells Fargo<br>PO Box 14411<br>Des Moines, IA 50306-3411 | West Penn-Forbes Campus<br>PO Box 644675<br>Pittsburgh, PA 15264-4675 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | Collection Service Center, Inc.<br>200 S. McKean Street, PO Box 1623<br>Butler, PA 16003-6012 | Home Depot<br>P.O. Box 182676<br>Columbus, OH 43218-2676 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (d)Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505-1109 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     2<br>Total                  42 |